**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YAMAHA CORPORATION OF AMERICA<br><br>    Defendant. | C.A. No. 14-193-SLR<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims and counterclaims asserted in this action between Sapphire Dolphin LLC and Yamaha Corporation of America in the above captioned matter are hereby dismissed with prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees incurred in this proceeding.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Stephen B. Brauerman | /s/ Anne Shea Gaza |
| Richard D. Kirk (#0922) | Anne Shea Gaza (No. 4093) |
| Stephen B. Brauerman (#4952) | James L. Higgins (No. 5021) |
| 222 Delaware Avenue, Suite 900 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 571-6600 |
| rkirk@bayardlaw.com | agaza@ycst.com |
| sbrauerman@bayardlaw.com | jhiggins@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Sapphire Dolphin LLC* | *Yamaha Corporation of America* |

Dated: November 11th, 2014

IT IS SO ORDERED this _____ day of November, 2014.

_____
U.S.D.J.